Case 3:22-cv-05423-WHO   Document 31   Filed 02/27/24   Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIERAN BURNS, | Case No. 22-cv-05423-WHO |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL UPON SETTLEMENT** |
| FORD MOTOR COMPANY, | |
| Defendant. | |

The parties to this action, by and through their counsel, advised the Court during the Case Management Conference on February 27, 2024, that they have reached agreement to settle this case and need to resolve attorney's fees.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated, and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: February 27, 2024



WILLIAM H. ORRICK
United States District Judge